**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

APRIL REDDING, legal guardian of
minor child,
        *Plaintiff-Appellant,*

      v.

SAFFORD UNIFIED SCHOOL DISTRICT
#1; KERRY WILSON, husband; JANE
DOE WILSON, wife; HELEN ROMERO,
wife; JOHN DOE ROMERO, husband;
PEGGY SCHWALLIER, wife; JOHN
DOE SCHWALLIER, husband,
        *Defendants-Appellees.*

No. 05-15759

D.C. No.
CV-04-00265-NFF
District of Arizona,
Tucson

ORDER

Filed January 31, 2008

---

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.